Decisions on Petitions for Writs of Certiorari.

No. 571. JAMES GALVIN, PETITIONER, v. CITY OF GRAND RAPIDS. February 2, 1903. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Timothy E. Tarsney* for the petitioner. No appearance for respondent.

---

No. 551. C. M. PATTERSON, PETITIONER, v. R. M. WADE. February 23, 1903. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit denied. *Mr. John H. Mitchell* for the petitioner. *Mr. Joseph Simon* for the respondent.

---

No. 557. ATLANTIC TRUST COMPANY, PETITIONER, v. EDGAR C. CHAPMAN, RECEIVER, ETC. February 23, 1903. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Stanley W. Dexter, Mr. Edward B. Whitney* and *Mr. J. J. Scrivner* for the petitioner. (*Mr. Wheeler H. Peckham, Mr. Adrian H. Joline, Mr. William B. Hornblower, Mr. Herbert B. Turner, Mr. Jno. E. Parsons, Mr. Wm. W. Green* and *Mr. Allan McCulloh,* for certain interested parties, filed a brief in support of petition, by special leave of the court.) *Mr. Charles N. Fox* for the respondent.

---

No. 568. ROBERT B. WHALLEY, MASTER, ETC., PETITIONER, v. THOMAS TRAVERS ET AL. February 23, 1903. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. J. Parker Kirlin* for the petitioner. *Mr. W. C. Beecher* for the respondents.

---

No. 576. BUFFALO ELECTRIC CARRIAGE COMPANY, PETITIONER, v. ELECTRIC STORAGE BATTERY COMPANY. February 23, 1903. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. Thomas*

*A. Banning* and *Mr. Ephraim Banning* for the petitioner. *Mr. John R. Bennett* for the respondent.

---

No. 593. FRANK J. HEARNE, PETITIONER, *v.* GERMAN INSURANCE COMPANY ET AL. February 23, 1903. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit denied. *Mr. Joseph K. McCammon* and *Mr. James H. Hayden* for the petitioner. *Mr. William S. Dalzell, Mr. Ernest L. Tustin* and *Mr. J. H. Harrison* for the respondents.

---

No. 518. MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, PETITIONER, *v.* ELIZA MAUD HILL ET AL. February 23, 1903. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit granted. *Mr. John B. Allen, Mr. Julien T. Davies, Mr. Edward Lyman Short* and *Mr. Frederic D. McKenney* for the petitioner. *Mr. S. Warburton* for the respondents.

---

No. 567. A. CHESEBROUGH ET AL., OWNERS, ETC., PETITIONERS, *v.* MATTHEW BRIDGES. February 23, 1903. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit granted. *Mr. Milton Andros* for the petitioners. *Mr. A. H. Ricketts* for the respondent.

---

*Cases Disposed of Without Consideration by the Court.*

From January 19, to March 1, 1903. See vol. 187, p. 50.

No. 146. UNITED STATES, PLAINTIFF IN ERROR, *v.* S. P. SHOTTER COMPANY. In error to the Circuit Court of the United States for the Southern District of Alabama. January 19, 1903. Dismissed, on motion of *Mr. Solicitor General Richards* for the